UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 05 B 06155
   WAYNE D MORRIS
   MIA L MORRIS                                 CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-2803      SSN XXX-XX-9693
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

  Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

  1. The case was filed on 02/23/05 and confirmed on 05/19/05.

  2. The case was dismissed after confirmation, 11/09/2007.

  3. The Debtor paid a total of $ 21450.00 .

  4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 563.66 | .00 | 563.66 |
| EQUITY ONE | SECURED | 6078.67 | 553.30 | 6078.67 |
| B LINE LLC | SECURED | 8309.00 | 756.30 | 8309.00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| BEST BUY | UNSECURED | NOT FILED | .00 | .00 |
| B FIRST LLC | UNSECURED | 4858.66 | .00 | 666.15 |
| GC SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6326.88 | .00 | 867.45 |
| KOHLS | UNSECURED | 1645.04 | .00 | 225.54 |
| PRAIRIE EMERGENCY SERVIC | UNSECURED | 473.00 | .00 | 64.85 |
| PROVENA ST JOSEPH MEDICA | FILED LATE | .00 | .00 | .00 |
| TRS RECOVERY SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| B LINE LLC | UNSECURED | 3566.18 | .00 | 488.95 |

          Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 14951.33 | .00 | 16869.76 | .00 | 31821.09 |
| PRINCIPAL PAID | 14951.33 | .00 | 2312.94 | .00 | 17264.27 |
| INTEREST PAID | 1309.60 | .00 | .00 | .00 | 1309.60 |
| TOTAL PAID | 16260.93 | .00 | 2312.94 | .00 | 18573.87 |

The Debtor's attorney, LEGAL HELPERS PC                , was allowed $   2700.00 and was paid $    700.00 direct and $   2000.00 through the plan.

The Trustee received $    876.13 .

Refunds to the Debtor totaled $        .00 .

  Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability

in this case.

Dated: 02/08/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE